**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6074**

CALVIN SCOTT WEDINGTON,

        Plaintiff - Appellant,

    v.

WARDEN,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:22-cv-03353-GLR)

Submitted:  March 21, 2023                      Decided:  March 24, 2023

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed as modified by unpublished per curiam opinion.

Calvin Scott Wedington, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Scott Wedington appeals the district court's order dismissing his civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we modify the district court's order, *Wedington v. Warden*, No. 1:22-cv-03353-GLR (D. Md. Jan. 6, 2023), to reflect dismissal of Wedington's action without prejudice and affirm the order as modified, *see S. Walk at Broadlands Homeowner's Ass'n, Inc. v. OpenBand at Broadlands, LLC*, 713 F.3d 175, 185 (4th Cir. 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*

2